DREIER STEIN KAHAN
BROWNE WOODS GEORGE LLP
Eric M. George (No. 166403)
Michael A. Bowse (No. 189659)
450 North Roxbury Drive, 7th Floor
Beverly Hills, CA 90210
Telephone: 310.274.7100
Facsimile: 310.275.5697
Email: egeorge@dskbwg.com;
mbowse@dskbwg.com

Attorneys for Plaintiffs Sarah and Tim Avila

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH AVILA and TIM AVILA, <br><br> Plaintiffs, <br><br> vs. <br><br> STEARNS LENDING, INC.; INDYMAC BANCORP, INC.; and DOES 1 through 200, inclusive,, <br><br> Defendants. | CASE NO. CV08-00419 MMM PJWx <br> Assigned to Hon. Margaret M. Morrow <br><br> [~~PROPOSED~~] TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION |

1  The ex parte application of plaintiffs Sarah and Tim Avila, having been
2  brought before the Court, and the Court having considered the documents filed in
3  connection with the application and found that good cause exists therefor,
4  IT IS HEREBY ORDERED:

## TEMPORARY RESTRAINING ORDER

6  1) Pending the hearing on and disposition of this Court's order to show
7  cause as set forth below, defendant IndyMac Bancorp, Inc., and its officers, agents,
8  servants, employees, attorneys and those persons in active concert or participation
9  with them (including Quality Loan Service Corp.) are hereby enjoined from
10 pursuing foreclosure proceedings with respect to Plaintiffs' residence and from
11 selling or attempting to sell Plaintiffs' residence at public sale or otherwise; and
12 2) IndyMac Bancorp is hereby ordered to provide promptly to Plaintiffs
13 all documents currently in its possession, custody or control that pertain to any
14 foreclosure proceedings or trustee's sale with respect to Plaintiffs' residence or that
15 pertain to any assignment, purchase or sale of Plaintiffs' mortgage or the servicing
16 rights for Plaintiffs' mortgage.

## ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

18 Defendant IndyMac Bancorp is hereby ordered to appear before this Court,
19 in ~~courtroom 780, located at 255 East Temple Street, Los Angeles~~ Courtroom 10D, 411 W. 4TH ST. Santa Ana, California at
20 9:00 a.m.~~/p.m.~~, on FEB. 4TH, 2008 and there and then show cause, if any it
21 has, why it should not be restrained during the pendency of this lawsuit from
22 pursuing (either itself or through any affiliate or agent) foreclosure proceedings
23 with respect to Plaintiffs' residence and from selling or attempting to sell Plaintiffs'
24 residence at public sale or otherwise.

## EFFECTIVE DATE

26 The above temporary restraining order is effective ~~[immediately, without any bond]~~ [upon the filing by Plaintiff of an undertaking in the sum of $ 1,000.00
28 ///

DREIER STEIN
KAHAN BROWNE
WOODS GEORGE
LLP

202613_1.DOC -1-

TRO AND OSC RE INJUNCTION

## BRIEFING SCHEDULE

A copy of this order shall be served upon counsel for the defendants (or directly upon defendants if their counsel is unknown) by facsimile, email or overnight delivery ~~by~~ A.S.A.P and no later than ~~5:00 p.m.~~ noon on January 28, 2008.

Any additional supporting authorities and declarations must be filed and served by no later than JANUARY 28, 2008.

Any opposition papers shall be filed and served by no later than JAN 30, 2008.

Any reply papers shall be filed and served by no later than JAN 31, 2008.

All documents shall be served by personal delivery or overnight delivery.

IT IS SO ORDERED.

Dated: JANUARY 25, 2008

_____
Hon. Margaret M. Morrow,
United States District Judge

DREIER STEIN
KAHAN
BROWNE
WOODS

202613_1.DOC

-2-

TRO AND OSC RE INJUNCTION