UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-0419-AG(PJWx) | Date | April 7, 2008 |
|---|---|---|---|
| Title | SARA AVILA, ET AL v STEARNS LENDING INC., ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Debbie Gale | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Bowes | Chad Weaver |
| | Naomi Carry |

**Proceedings:**   ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

Cause is called for hearing and counsel make their appearances. Matter is argued and the Preliminary Injunction is GRANTED. The Court orders that the tentative order shall become the ruling of the Court. Order Granting Plaintiffs' Motion for Preliminary Injunction is signed and filed this date.

: 23

Initials of Preparer   lmb